**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WILLIAM JOSEPH RETTSTATT** **PLAINTIFF**
**ADC #141617**

**v.** **Case No. 4:24-cv-00515-LPR-BBM**

**DEXTER PAYNE, et al.** **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 26). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, IT IS THEREFORE ORDERED that:

1. All claims not reasonably related to Plaintiff's failure-to-protect claims are SEVERED and DISMISSED without prejudice, so that Plaintiff may pursue those claims in a separate action, if he so chooses. (These claims are more specifically detailed in the PRD and the Court agrees with and adapts those details.)

2. Plaintiff may PROCEED only on his (1) individual-capacity failure-to-protect claims against Major Cobbs and Sergeant Shepherd, and (2) individual-capacity excessive-force claim against Sergeant Shepherd.

3. Plaintiff's failure-to-protect claims against Director Payne and Deputy Warden Clark, delayed-decontamination claim against Sergeant Shepherd, and procedural-due-process claims against Sergeant Shepherd and Deputy Warden Clark are DISMISSED without prejudice for failure to state a claim for relief.

4. The Clerk is directed to terminate Director Payne, Warden Page, Major Lowe, Captain Arnold, Deputy Warden Clark, Lieutenant Martin, and Sergeant Randle as parties to this action.

DATED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE